GROUP1001

All News

Corporate

Community

Sponsorship

Work Life

Media Inquiries

GROUP1001

Mar 1, 2023   Corporate

# Group 1001 Resumes Full Operations After Ransomware Attack

Group 1001, Inc. would like to provide an update to our stakeholders concerning recent system interruptions experienced by certain Group 1001 Insurance member companies, including Delaware Life Insurance Company, Delaware Life Insurance Company of New York, Clear Spring Life and Annuity Company, Clear Spring Property and Casualty Company, and our Clear Spring Health business. We are pleased to report that all of our companies are back to full functionality.

Incident Overview

- Beginning on February 9, 2023, we were alerted to the existence of sophisticated ransomware on our information technology infrastructure.

- We immediately launched an investigation to determine the full scope of the incident, and a team of third-party forensic experts was engaged to assist in the investigation, which is ongoing.

- Based on our investigation to date, our forensic experts have confirmed that the ransomware code deployed in our environment has been contained and will not spread to any other internal or external systems.

- We have alerted the FBI and will continue to provide information regarding the incident as they investigate.

- We did not pay a ransom.

*Exhibit A*

GROUP1001

All News
Corporate
Community
Sponsorship
Work Life
Media Inquiries

Containment & Remediation

- We took immediate action by proactively disconnecting systems from our network to contain the threat and prevent additional systems from being affected.

- Along with our forensics experts, our team scanned systems for indicators of compromise and remediated any identified indicators of compromise.

- In addition, we deployed additional advanced endpoint detection and monitoring tools on our newly restored systems for an added layer of security and visibility across our network.

- All systems were validated as clean by conducting additional scans before they were brought back online.

- We have been, and continue to be, in communication with our regulators about this incident.

- There will be a number of other infrastructure enhancements to continuously strengthen the security posture of Group 1001's network and systems in the days, months, and years ahead.

Restoration

- While our investigation is ongoing, we are confident that the attack has now been successfully contained.

- We have fully resumed normal operations.

- The security of our information and that of our contract holders and other stakeholders is important to us. Once our investigation is complete, we will notify any impacted parties as appropriate.

We want to confirm that it is safe to conduct business with us and to communicate with us via e-mail, our website portals, and our call centers. We apologize for any inconvenience and genuinely appreciate your patience and understanding as we worked vigorously to fully restore our computer networks.

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

For further questions about this incident, please e-mail our incident response team at: incidentresponse@group1001.com

What are you looking for?

Aug 15, 2022 - Aug 15, 2023

**GROUP1001**

Jul 28, 2023   Corporate

## Group 1001 Update on Ransomware Attack

Group 1001, Inc. would like to provide an update to our stakeholders concerning the February 9, 2023, ransomware attack on our information technology infrastructure.

As previously reported, we immediately launched an investigation to determine the full scope of the incident, and a team of leading third-party forensic e...

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

Jul 27, 2023   Corporate

## Group 1001 Appreciates Our 2023 Summer Interns

We are excited to work with 11 summer interns! Group 1001's internships are designed to provide a highly engaging, real-life experience where students have the opportunity to work on real projects, make an impact, and gain valuable business skills.

"Group 1001 is committed to providing interns the opportunity to provide...

Jul 12, 2023   Corporate

## Delaware Life Insurance Company Recognized as a 2023 Ward's Top 50 Life-Health Company

Delaware Life Insurance Company, a Group 1001 Company, has been recognized as a top-performing

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

company in the insurance industry by Ward, an Aon company, who is a leading benchmarking provider for the insurance industry. This prestigious group of 50 companies is chosen based on publicly available data to identify the t...



Jun 28, 2023    Corporate

## Group 1001 Honored with HR Impact Award from Indianapolis Business Journal

Group 1001 received an **HR Impact Award** presented by the Indianapolis Business Journal! The company was recognized in the "employee experience" category, which acknowledges programs and efforts that make an organization a better place to work, whether that's through strong benefits programs, work/life balance efforts, c...

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries



Jun 21, 2023    Corporate

## Gainbridge®, a Group 1001 Company, Announces Vice President of Marketing, Adam Harrington

**Zionsville, IN (June 21, 2023)** – Gainbridge®, a Group 1001 company, announced the appointment of Adam Harrington to the position of Vice President of Marketing. With more than 13 years of experience leading customer growth and helping companies elevate their marketing, Harrington will use his extensive background to le...



Jun 14, 2023    Corporate

## Group 1001 CEO & President Dan Towriss Speaks at the Marketing Innovation Summit Hosted by Eli Lilly

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

CEO and President Dan Towriss spoke at the Marketing Innovation Summit: Driving Brand Purpose, hosted by Eli Lilly and Company on May 25. Towriss presented "Why Motorsports" just prior to the Indy500 race presented by Gainbridge®. The summit featured thought leaders in the industry from companies including PepsiCo, Dom...



Jun 2, 2023   Corporate

## Gainbridge's® Santiago Jeyaseelan Discusses Niche Financial Services for Forbes Technology Council

Santiago Vinoth Jeyaseelan is the VP of Product Management & Design for Gainbridge®. As a Forbes Technology Council member, he talks about the rapidly-evolving state of financial services. Jeyaseelan expands on the rise of embedded finance, the next wave, challenges ahead, and how embedded finance is "reshaping the...

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries



Jun 1, 2023   Corporate

## Gainbridge® Launches New Annuity Product Focused on Flexibility and Risk Mitigation

**Zionsville, Indiana (June 1, 2023)** – Zionsville, Indiana – Gainbridge Insurance Agency, LLC ("Gainbridge"), a Group 1001 company, is pleased to announce the launch of OneUp™, a new registered index-linked annuity issued by Gainbridge Life Insurance Company through the Gainbridge® platform. The OneUp™ product is current...



May 25, 2023   Corporate

## Delaware Life Executives Participate in Association of

![GROUP1001]

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

## Life Insurance Counsel's

Delaware Life's Chief Legal Officer, Mike Bloom, and Vice President and Associate General Counsel, Maura Murphy, attended the Association of Life Insurance Counsel's 2023 Annual Meeting in California on May 7-9. Their participation at the conference exemplified Delaware Life's commitment to staying ahead of the curve, ...



May 25, 2023    Corporate

### Gainbridge Announces Launch of Its New B2B Insurance-as-a-Service Platform and Partnership With SAVE

**Zionsville, IN (May 25, 2023)** – Gainbridge Insurance Agency, LLC ("Gainbridge"), a Group 1001 company, announced today the upcoming launch of its business-to-business (B2B) "insurance-as-a-service" platform targeting leading financial technology companies with turnkey, intuitive savings, and retirement solutions for th...

# GROUP 1001

All News

Corporate

Community

Sponsorship

Work Life

Media Inquiries



May 18, 2023   Corporate

## Parity Appoints Leela Srinivasan as CEO

A seasoned executive and three-time CMO of high-growth companies joins to lead Parity through its next phase.

Parity, and its parent company Group 1001, announced the hiring of Leela Srinivasan as its chief executive officer. Srinivasan, an experienced executive whose 25-year career has spanned roles in marketing, sale...

Mar 2, 2023   Corporate

## AM Best Comments on Credit Ratings of Certain Group 1001

GROUP 1001

All News

Corporate

Community

Sponsorship

Work Life

Media Inquiries

## Insurance Holdings, LLC Subsidiaries Following Ransomware Attack

**AM Best** has commented that the Credit Ratings (ratings) of certain Group 1001 Insurance Holdings, LLC's rated subsidiaries remain unchanged following the parent company's disclosure that it sustained a cybersecurity attack that caused a network disruption and impacted certain systems.

According to the company, the follo...



Nov 4, 2022     Corporate

## Barron's Honors Delaware Life for Top-Ranked Annuities for Third Consecutive Year

Delaware Life, a Group 1001 company, has been recognized in a recent Barron's article, "The Best Annuities for Income and Growth." Noting that sales of these investment products have surged this year, the article highlights Delaware Life's Growth Pathway®Fixed Index Annuity and Apex MYGA®Fixed Annuity as standouts in t...

# GROUP1001

All News

Corporate

Community

Sponsorship

Work Life

Media Inquiries



Sep 21, 2022   Corporate

## Delaware Life Supports Renewable Energy Projects by Providing $400 Million Credit Facility to Fundamental Renewables

Delaware Life, acting as arranger and a lead lender, recently provided a $400 million credit facility to Fundamental Renewables, an established provider of financing for solar and other renewable energy projects. This landmark transaction is an example of an important element of Delaware Life's investment strategy – to…



Aug 22, 2022   Corporate

# GROUP1001

- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

## Mike Nichols Joins Group 1001 as Chief of Sponsorship Strategy and Activations

**Indianapolis, IN (August 22, 2022)** — Group 1001 today announced the appointment of Mike Nichols as Chief of Sponsorship Strategy and Activations. Nichols has more than 25 years of executive experience in sports leadership and sponsorships, including more than 16 years at the LPGA (Ladies Professional Golf Association)....



- All News
- Corporate
- Community
- Sponsorship
- Work Life
- Media Inquiries

Aug 15, 2022    Corporate

## Introducing Clear Spring Life and Annuity Company

We are pleased to announce Guggenheim Life and Annuity Company, who recently received an upgrade from A.M. Best to a Financial Strength Rating of A- (Excellent), has a new name: Clear Spring Life and Annuity Company ("Clear Spring Life"). In addition, GL Marketing, LLC is now Clear Spring Life Marketing, LLC ("CSL Mark...

    

©2022 Group 1001. All Rights Reserved. Term & Conditions | Privacy Policy