UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, CHERYL SCHMIDT and CALVIN SCHMIDT, individually, and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001 RESOURCES, LLC; CLEAR SPRING LIFE AND ANNUITY COMPANY; and DELAWARE LIFE INSURANCE COMPANY,<br><br>*Defendants*. | Civ. No. 1:23-01452-RLY-TAB |

## NOTICE OF ANTICIPATED SETTLEMENT

Plaintiffs Cary Weigand, Cheryl Schmidt, and Calvin Schmidt, individually, and on behalf of a class of similarly situated persons, and Defendants Group 1001 Insurance Holdings, LLC, Group 1001 Resources, LLC, Clear Spring Life and Annuity Company, and Delaware Life Insurance Company, by and through their undersigned counsel, pursuant to S.D. Ind. L.R. 7-1(h), respectfully submit this Notice of Anticipated Settlement, and inform the Court that the parties have reached an agreement to settle this case. The settlement will be on a class basis. The parties anticipate executing the settlement agreement and filing a motion for preliminary approval within 30 days of the tendering of this Notice.

Date: March 1, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Lynn A. Toops | /s/ Joseph W. Swanson |
| Lynn A. Toops (No. 26386-49)<br>Mary K. Dugan (No. 37623-49)<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br>Telephone:  (317) 636-6481<br>Facsimile:  (317) 636-2593<br>ltoops@cohenandmalad.com<br>mdugan@cohenandmalad.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | John E. Clabby (*admitted pro hac vice*)<br>Charlisa R. Odom (*admitted pro hac vice*)<br>CARLTON FIELDS, P.A.<br>4221 W. Boy Scout Boulevard, Suite 1000<br>Tampa, FL 33607<br>*Mailing address:*<br>P.O. Box 3239<br>Tampa, FL 33601-3239<br>Telephone: (813) 223-7000<br>Facsimile: (813) 229-4133<br>jclabby@carltonfields.com<br>codom@carltonfields.com<br><br>Joseph W. Swanson (*admitted pro hac vice*)<br>Fl. Bar No. 29618<br>Primary email: joe.swanson@foley.com<br>Secondary email: dmills@foley.com<br>**Foley & Lardner LLP**<br>100 N. Tampa Street, Suite 2700<br>Tampa, FL 33602<br>Telephone: (813) 229-2300<br>Facsimile: (813) 221-4210 |
| | /s/ Andrew M. McNeil |
| | Andrew M. McNeil (No. 19140-49)<br>BOSE MCKINNEY & EVANS, LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 684-5000<br>Facsimile: (317) 684-5173 Fax<br>amcneil@boselaw.com<br><br>*Attorneys for Defendants* |