UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, <br> CHERYL SCHMIDT, <br> CALVIN SCHMIDT, <br><br> Plaintiffs, <br><br> v. <br><br> GROUP 1001 INSURANCE HOLDINGS, LLC, <br> CLEAR SPRING LIFE AND ANNUITY COMPANY, <br> DELAWARE LIFE INSURANCE COMPANY, <br> GROUP 1001 RESOURCES, LLC, <br><br> Defendants. | No. 1:23-cv-01452-RLY-TAB |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

SO ORDERED.

Date: 3/11/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.