UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, CHERYL SCHMIDT and CALVIN SCHMIDT, individually, and on behalf of a class of similarly situated persons,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001 RESOURCES, LLC; CLEAR SPRING LIFE AND ANNUITY COMPANY; and DELAWARE LIFE INSURANCE COMPANY,<br><br>    *Defendants*. | Civ. No. 1:23-01452-RLY-TAB |

**JOINT STATUS REPORT AND
MOTION FOR 30 DAY EXTENSION TO FILE MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

    Plaintiffs Cary Weigand, Cheryl Schmidt, and Calvin Schmidt, individually, and on behalf of a class of similarly situated persons, and Defendants Group 1001 Insurance Holdings, LLC, Group 1001 Resources, LLC, Clear Spring Life and Annuity Company, and Delaware Life Insurance Company, by and through their undersigned counsel, respectfully request that the Court extend the time for the filing of a motion for preliminary approval of the Parties' class action settlement agreement by 30 days, to an including May 8, 2024, and in support state:

    1.    The Parties previously reached an agreement in principle to settle this case on a class action basis and advised the Court so on March 1. ECF No. 33.

    2.    In response, on March 11, the Court entered an Order denying all pending motions as moot, and vacating all deadlines relating to discovery, filings, schedules, conferences, and trials, and ordered that the "Parties shall file a stipulation of dismissal within 28 days" (April 8).

1

3.  The parties have exchanged a draft settlement agreement, including proposed forms of orders and notices, but require additional time to finalize and execute the final settlement agreement before presenting it to the Court for preliminary approval under Federal Rule of Civil Procedure 23(e). The parties anticipate being able to do so within an additional 30 days from the original date.

WHEREFORE, the Parties respectfully request that the Court extend the time for the filing of a motion for preliminary approval of their class action settlement by 30 days, to and including May 8, 2024.

| | |
|---|---|
| Dated: March 29, 2024 | Respectfully submitted, |
| /s/Lynn A. Toops | /s/Joseph W. Swanson |
| Lynn A. Toops (No. 26386-49) | Joseph W. Swanson (*admitted pro hac vice*) |
| Mary K. Dugan (No. 37623-49) | FOLEY & LARDNER LLP |
| COHEN & MALAD, LLP | 100 N Tampa Street |
| One Indiana Square, Suite 1400 | Suite 2700 |
| Indianapolis, IN  46204 | Tampa, FL 33602 |
| Telephone:  (317) 636-6481 | Facsimile: (813) 221-4210 |
| Facsimile:  (317) 636-2593 | Joe.swanson@foley.com |
| ltoops@cohenandmalad.com | |
| mdugan@cohenandmalad.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiff and the Proposed Class* | |