UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, CHERYL SCHMIDT and CALVIN SCHMIDT, individually, and on behalf of a class of similarly situated persons,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001 RESOURCES, LLC; CLEAR SPRING LIFE AND ANNUITY COMPANY; and DELAWARE LIFE INSURANCE COMPANY,<br><br>    *Defendants*. | Civ. No. 1:23-01452-RLY-TAB |

**ORDER GRANTING MOTION FOR 30 DAY EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

    The parties, having filed their Joint Status Report and Motion for 30 Day Extension to File a Motion for Preliminary Approval of Class Action Settlement Agreement, and the Court having examined this Motion and being duly and fully advised in the premises, now GRANTS the Motion [Filing No. 36].

    IT IS THEREFORE ORDERED that the Parties shall have up to and including **May 8, 2024,** to file their Motion for Preliminary Approval of Class Action Settlement.

Date: 4/2/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.