UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARY WEIGAND, CHERYL SCHMIDT and CALVIN SCHMIDT, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-01452-RLY-TAB |
| GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001 RESOURCES, LLC; CLEAR SPRING LIFE AND ANNUITY COMPANY; and DELAWARE LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Cary Weigand, Cheryl Schmidt, and Calvin Schmidt, by counsel, respectfully move the Court under Federal Rule of Civil Procedure 23(e) to enter the tendered, agreed Preliminary Approval Order, which grants preliminary approval to the Class Action Settlement Agreement (the "Settlement") attached as Exhibit 1. Defendant does not oppose entry of the agreed Preliminary Approval Order, and the parties request that the Court schedule a final approval hearing for approximately 120 days after entry of the Preliminary Approval Order.

WHEREFORE, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing for approximately 120 days thereafter.

Dated: May 8, 2024

Lynn A. Toops
Amina Thomas
Emily D. Kopp
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ltoops@cohenandmalad.com

Raina C. Borrelli, *pro hac vice*
STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611

J. Gerard Stranch, IV, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203

*Counsel for Plaintiffs*