UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND,<br>CHERYL SCHMIDT,<br>CALVIN SCHMIDT,<br><br>               Plaintiffs,<br><br>               v.<br><br>GROUP 1001 INSURANCE HOLDINGS, LLC,<br>CLEAR SPRING LIFE AND ANNUITY COMPANY,<br>DELAWARE LIFE INSURANCE COMPANY,<br>GROUP 1001 RESOURCES, LLC,<br><br>               Defendants. | No. 1:23-cv-01452-RLY-TAB |

**SCHEDULING ORDER**

A Final Approval Hearing is set for **OCTOBER 3, 2024 at 2:00 p.m.** before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204 for the purpose of: (a) determining whether the Settlement Class should be finally certified for entry of judgment on the Agreement; (b) determining whether the Agreement is fair, reasonable, and adequate and should be finally approved; (c) determining whether a Final Approval Order should be entered; and (d) considering Class Counsel's application for an award of attorneys' fees and expenses. The Court may adjourn, continue, and reconvene the Final Approval Hearing pursuant to oral announcement without further notice to the Settlement Class, and the Court may consider and grant final approval of the Agreement, with or

without minor modification and without further notice to the Settlement Class.

**SO ORDERED** this 26th day of June 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record