# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, CHERYL SCHMIDT, and CALVIN SCHMIDT, individually and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001 RESOURCES, LLC; CLEAR SPRING LIFE AND ANNUITY COMPANY; and DELAWARE LIFE INSURANCE COMPANY,<br><br>*Defendants*. | Case No. 1:23-CV-01452-RLY-TAB |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, under Federal Rule of Civil Procedure 23(e)(2), respectfully move the Court for the entry of an Order granting final approval to the Class Action Settlement Agreement ("Agreement"), that the Court preliminarily approved on June 12, 2024, Doc. 40. After the Court approved notice, and an opportunity to opt out or object, only 24 persons have chosen to exclude themselves from the Settlement Class, and not a single Class Member has objected to the Agreement. The overwhelmingly positive response to the Agreement by the Class Members therefore affirms the Court's initial determination that the Agreement appears fair, reasonable, and

137314233.1

adequate, and the Court should now grant final approval so that the Class Members can receive the benefits of the Agreement, and this litigation can be resolved.

Plaintiffs have submitted a memorandum and declaration in support of this motion and have tendered a proposed Final Approval Order. Defendants do not object to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Final Approval Order.

| | |
|---|---|
| Dated: September 19, 2004 | /s/ Lynn A. Toops<br>Lynn A. Toops<br>Amina Thomas<br>Emily D. Kopp<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br>Telephone:  (317) 636-6481<br>Facsimile:  (317) 636-2593<br>ltoops@cohenandmalad.com<br><br>Raina C. Borrelli, *pro hac vice*<br>STRAUSS BORRELLI PLLC<br>980 N. Michigan Ave., Suite 1610<br>Chicago, IL 60611<br><br>J. Gerard Stranch, IV, *pro hac vice*<br>STRANCH, JENNINGS & GARVEY, PLLC<br>223 Rosa L. Parks Ave., Suite 200<br>Nashville, TN 37203<br><br>*Counsel for Plaintiffs* |

137314233.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 19th day of September, the foregoing was filed electronically via the CM/ECF system, which will serve all counsel of record via electronic mail.

                                    /s/ Lynn A. Toops
                                    Lynn A. Toops

137314233.1