UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARY WEIGAND, <br> CHERYL SCHMIDT, <br> CALVIN SCHMIDT, <br><br> Plaintiffs, <br><br> v. <br><br> GROUP 1001 INSURANCE HOLDINGS, LLC, <br> CLEAR SPRING LIFE AND ANNUITY COMPANY, <br> DELAWARE LIFE INSURANCE COMPANY, <br> GROUP 1001 RESOURCES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-01452-RLY-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Courtroom Minutes for Motion Hearing of October 3, 2024**

**Before Honorable Richard L. Young, Judge**

Comes now Plaintiffs, by Joseph Swanson and John Clabby, Defendants by Lynn Toops for the hearing on Unopposed Motion for Final Approval of Class Action and Motion for Fees, Expenses and Service Awards.

The parties report an agreement has been reached. Therefore, the Unopposed Motion [43] for Final Approval of Class Action Settlement (dkt. 43) and Motion for Fees, Expenses and Service Awards (dkt. 42) are GRANTED by separate order.

Distributed Electronically to Registered Counsel of Record